IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| $153,436.67 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Davis A. Barlow, Assistant United States Attorney, and respectfully presents to this Court the following:

1. This is a civil action for the forfeiture of the named Defendant Currency pursuant to 31 U.S.C. §§ 5317(c)(2) and 5324(a), 18 U.S.C. § 984(a) and Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

2. This Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3. This Court has *in rem* jurisdiction over the Defendant Currency pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. This Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a) and (b).

5. An investigation conducted by the United States Secret Service (hereinafter "USSS") has revealed the following:

(a) In or about January 2011, the United States Secret Service began an investigation of Danny Miles Isbell, Leila Ulmer Isbell (collectively "Isbells") and LDI Transport, Inc. The purpose of the investigation was to look into possible structuring of withdrawals from LDI Transport, Inc.'s business account number XXXX2815 held at Metro Bank in Pell City, Alabama. The Isbells hold joint signatory authority on account number XXXX2815 that was opened on or about January 18, 2006, in the name of LDI Tansport, Inc.

(b) Between August 2010 and January 2011, the Isbells made the following currency withdrawals from Metro Bank account number XXXX2815:

| Date | Check Number | Check Amount | Payee | Signature |
|---|---|---|---|---|
| Monday, August 02, 2010 | 5138 | $9,800.00 | Cash | Danny Isbell |
| Monday, August 02, 2010 | 5159 | $9,800.00 | Cash | Danny Isbell |
| Friday, August 06, 2010 | 5167 | $9,800.00 | Cash | Leila Isbell |
| Monday, August 09, 2010 | 5169 | $9,800.00 | Cash | Leila Isbell |
| Tuesday, August 10, 2010 | 5163 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, August 11, 2010 | Misc. Debit | $9,800.00 | Cash | |
| Friday, August 13, 2010 | Misc. Debit | $9,800.00 | Cash | |
| Monday, August 16, 2010 | 5176 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, August 17, 2010 | 5177 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, August 18, 2010 | 5180 | $9,800.00 | Cash | Leila Isbell |
| Friday, August 20, 2010 | 6193 | $9,800.00 | Cash | Leila Isbell |
| Monday, August 23, 2010 | 6200 | $9,800.00 | Cash | Leila Isbell |

| Date | Number | Amount | Type | Name |
|---|---|---|---|---|
| Tuesday, August 24, 2010 | 6197 | $9,800.00 | Cash | Danny Isbell |
| Friday, August 27, 2010 | 6199 | $9,800.00 | Cash | Danny Isbell |
| Monday, August 30, 2010 | 6203 | $9,800.00 | Cash | Danny Isbell |
| Monday, August 30, 2010 | 6202 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, August 31, 2010 | 6204 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, September 01, 2010 | 6212 | $9,800.00 | Cash | Danny Isbell |
| Thursday, September 02, 2010 | 6213 | $9,800.00 | Cash | Danny Isbell |
| Friday, September 03, 2010 | 6221 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, September 07, 2010 | 6226 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, September 07, 2010 | 6227 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, September 08, 2010 | 6230 | $9,800.00 | Cash | Danny Isbell |
| Thursday, September 09, 2010 | 6231 | $9,800.00 | Cash | Leila Isbell |
| Friday, September 10, 2010 | 6229 | $9,800.00 | Cash | Danny Isbell |
| Monday, September 13, 2010 | 6233 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, September 15, 2010 | 6245 | $9,800.00 | Cash | Leila Isbell |
| Friday, September 17, 2010 | 6249 | $9,800.00 | Cash | Leila Isbell |
| Friday, September 17, 2010 | 6248 | $9,800.00 | Cash | Leila Isbell |
| Monday, September 20, 2010 | 6250 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, September 21, 2010 | 6256 | $9,800.00 | Cash | Leila Isbell |
| Tuesday, September 21, 2010 | 6257 | $9,800.00 | Cash | Leila Isbell |
| Wednesday, September 22, 2010 | 6263 | $9,800.00 | Cash | Danny Isbell |
| Friday, September 24, 2010 | 6258 | $9,800.00 | Cash | Leila Isbell |
| Monday, September 27, 2010 | 6261 | $9,800.00 | Cash | |
| Monday, September 27, 2010 | 6265 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, September 28, 2010 | 6266 | $9,800.00 | Cash | Danny Isbell |
| Thursday, September 30, 2010 | 6267 | $9,800.00 | Cash | Danny Isbell |
| Friday, October 01, 2010 | 6268 | $9,800.00 | Cash | Danny Isbell |
| Monday, October 04, 2010 | 6271 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, October 06, 2010 | 5183 | $9,800.00 | Cash | Danny Isbell |
| Thursday, October 07, 2010 | 5187 | $9,800.00 | Cash | Danny Isbell |
| Thursday, October 07, 2010 | 5186 | $9,800.00 | Cash | Leila Isbell |
| Tuesday, October 12, 2010 | 5190 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, October 12, 2010 | 5192 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, October 12, 2010 | 5194 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, October 13, 2010 | 5198 | $9,800.00 | Cash | Leila Isbell |
| Wednesday, October 13, 2010 | 5199 | $9,800.00 | Cash | Leila Isbell |
| Thursday, October 14, 2010 | 5205 | $9,800.00 | Cash | Danny Isbell |
| Friday, October 15, 2010 | 5207 | $9,800.00 | Cash | Leila Isbell |
| Monday, October 18, 2010 | 5210 | $9,800.00 | Cash | Danny Isbell |
| Monday, October 18, 2010 | 5212 | $9,800.00 | Cash | Danny Isbell |
| Monday, October 18, 2010 | 5218 | $9,800.00 | Cash | Leila Isbell |
| Tuesday, October 19, 2010 | 5213 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, October 20, 2010 | 5201 | $9,800.00 | Cash | Leila Isbell |

| Date | Check/Ref | Amount | Type | Name |
|---|---|---|---|---|
| Thursday, October 21, 2010 | 5215 | $9,800.00 | Cash | Danny Isbell |
| Friday, October 22, 2010 | 5222 | $9,800.00 | Cash | Leila Isbell |
| Monday, October 25, 2010 | 5220 | $9,800.00 | Cash | Danny Isbell |
| Monday, October 25, 2010 | 5226 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, October 27, 2010 | 5227 | $9,800.00 | Cash | Danny Isbell |
| Thursday, October 28, 2010 | Misc. Debit | $9,800.00 | Cash | |
| Thursday, October 28, 2010 | 5231 | $9,800.00 | Cash | Leila Isbell |
| Friday, October 29, 2010 | 5237 | $9,800.00 | Cash | Leila Isbell |
| Friday, October 29, 2010 | 5223 | $9,800.00 | Cash | Leila Isbell |
| Monday, November 01, 2010 | Misc. Debit | $9,800.00 | Cash | |
| Tuesday, November 02, 2010 | 5242 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, November 03, 2010 | 5246 | $9,800.00 | Cash | Danny Isbell |
| Friday, November 05, 2010 | 5247 | $9,800.00 | Cash | Danny Isbell |
| Friday, November 05, 2010 | 5261 | $9,800.00 | Cash | Leila Isbell |
| Monday, November 08, 2010 | 5264 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, November 10, 2010 | 5271 | $9,800.00 | Cash | Leila Isbell |
| Wednesday, November 10, 2010 | 5269 | $9,800.00 | Cash | Danny Isbell |
| Friday, November 12, 2010 | 5270 | $9,800.00 | Cash | Danny Isbell |
| Monday, November 15, 2010 | 5276 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, November 16, 2010 | 5277 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, November 16, 2010 | 5278 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, November 17, 2010 | 5283 | $9,800.00 | Cash | Leila Isbell |
| Wednesday, November 17, 2010 | 5285 | $9,800.00 | Cash | Leila Isbell |
| Thursday, November 18, 2010 | 5279 | $9,800.00 | Cash | Danny Isbell |
| Thursday, November 18, 2010 | 5281 | $9,800.00 | Cash | Danny Isbell |
| Friday, November 19, 2010 | Misc. Debit | $9,800.00 | Cash | |
| Monday, November 22, 2010 | 5290 | $9,800.00 | Cash | Danny Isbell |
| Monday, November 22, 2010 | 5293 | $9,800.00 | Cash | Leila Isbell |
| Tuesday, November 23, 2010 | 5292 | $9,800.00 | Cash | Danny Isbell |
| Friday, November 26, 2010 | 5297 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, November 30, 2010 | 5304 | $9,800.00 | Cash | Leila Isbell |
| Thursday, December 02, 2010 | 5299 | $9,800.00 | Cash | Danny Isbell |
| Friday, December 03, 2010 | 5321 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 06, 2010 | 5325 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 06, 2010 | 5317 | $9,800.00 | Cash | Leila Isbell |
| Wednesday, December 08, 2010 | 5326 | $9,800.00 | Cash | Danny Isbell |
| Thursday, December 09, 2010 | 5327 | $9,800.00 | Cash | Danny Isbell |
| Thursday, December 09, 2010 | 5329 | $9,800.00 | Cash | Danny Isbell |
| Friday, December 10, 2010 | 6299 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 13, 2010 | 6304 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 13, 2010 | 6301 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, December 14, 2010 | 6308 | $9,800.00 | Cash | Danny Isbell |
| Thursday, December 16, 2010 | 6310 | $9,800.00 | Cash | Danny Isbell |

| Date | Check # | Amount | Type | Name |
|---|---|---|---|---|
| Thursday, December 16, 2010 | 6309 | $9,800.00 | Cash | Danny Isbell |
| Friday, December 17, 2010 | 6317 | $9,800.00 | Cash | Leila Isbell |
| Monday, December 20, 2010 | 6315 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 20, 2010 | 6318 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, December 21, 2010 | 6319 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, December 22, 2010 | 6320 | $9,800.00 | Cash | Danny Isbell |
| Thursday, December 23, 2010 | 6321 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 27, 2010 | 6329 | $9,800.00 | Cash | Danny Isbell |
| Monday, December 27, 2010 | 6322 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, December 28, 2010 | 6323 | $9,800.00 | Cash | Danny Isbell |
| Thursday, December 30, 2010 | 6331 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, January 04, 2011 | 6341 | $9,800.00 | Cash | Danny Isbell |
| Thursday, January 06, 2011 | 6342 | $9,800.00 | Cash | Danny Isbell |
| Friday, January 07, 2011 | 6362 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, January 11, 2011 | 6363 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, January 12, 2011 | 6337 | $9,800.00 | Cash | Danny Isbell |
| Friday, January 14, 2011 | 6375 | $9,800.00 | Cash | Danny Isbell |
| Tuesday, January 18, 2011 | 6378 | $9,800.00 | Cash | Danny Isbell |
| Wednesday, January 19, 2011 | 6379 | $9,800.00 | Cash | Danny Isbell |
| Thursday, January 20, 2011 | 6382 | $9,800.00 | Cash | Leila Isbell |
| Friday, January 21, 2011 | 6380 | $9,800.00 | Cash | Danny Isbell |
| Monday, January 24, 2011 | 6387 | $9,800.00 | Cash | Danny Isbell |
| Thursday, January 27, 2011 | 6388 | $9,800.00 | Cash | Danny Isbell |
| Monday, January 31, 2011 | 6397 | $9,800.00 | Cash | Danny Isbell |
| Monday, January 31, 2011 | 6395 | $9,800.00 | Cash | Danny Isbell |
| Total | | $1,205,400.00 | | |

(c) During the time period of August 2010 through January 2011, the Isbells never made a cash withdrawal in excess of $10,000.00 from the LDI Transport account. Rather, the Isbells systematically made numerous cash withdrawals just under the $10,000.00 threshold for the purpose of evading the CTR requirement.

(d) Between January 2008 and January 2011, the Isbells have made 531 cash withdrawals from Metro Bank account number XXXX2815, with each of these cash withdrawals being $9,800.00, for a total of $5,203,800.00 in cash withdrawals.

5

(e) On March 29, 2011, a federal seizure warrant was executed upon Metro Bank account number XXXX2815, located in Pell City, Alabama, resulting in the seizure of the Defendant $153,436.67 in U.S. Currency.

6. Structuring withdrawals for the purpose of evading reporting requirements of 31 U.S.C. § 5313 constitutes a violation of 31 U.S.C. § 5324(a).

7. The Defendant $153,436.67 in U.S. Currency is property involved in or traceable to a violation of 31 U.S.C. § 5324(a), and is thus subject to forfeiture to the United States of America pursuant to 31 U.S.C. § 5317(c)(2).

8. The Defendant $153,436.67 in U.S. Currency is within the jurisdiction of the United States District Court for the Northern District of Alabama.

9. The names and addresses of possible claimants known to the Plaintiff are as follows:

Danny Miles Isbell
2469 Wolf Creek Rd. S.
Pell City, Alabama 35128

Leila Ulmer Isbell
2469 Wolf Creek Rd. S.
Pell City, Alabama 35128

LDI Transport, Inc.
2469 Wolf Creek Rd. S.
Pell City, Alabama 35128

Danny Miles Isbell
2005 Kirkseys Bend Road
Ohatchee, AL 36271

Leila Ulmer Isbell
2005 Kirkseys Bend Road
Ohatchee, AL 36271

WHEREFORE, the Plaintiff requests that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; and requests that the Defendant Currency be condemned and forfeited to the United States of America for a disposition according to law; and for such other and further relief as this Court may deem just and proper.

        JOYCE WHITE VANCE
        United States Attorney

        /s/ Davis A. Barlow
        DAVIS A. BARLOW
        Assistant United States Attorney
        1801 Fourth Avenue North
        Birmingham, Alabama 35203
        (205) 244-2134

## **VERIFICATION**

I, Alton H. Story, Jr., am a Special Agent for the United States Secret Service, and the agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint for Forfeiture In Rem, and the statements contained therein are true to the best of my knowledge and belief, and I base my knowledge for this verification of the Verified Complaint for Forfeiture In Rem on the following:

> (a) Information given to me by other law enforcement officers who have participated in the investigation of the Isbells and LDI Transport, Inc.;
>
> (b) My participation in the investigation surrounding the seizure of the Defendant Currency in this action; and
>
> (c) My experience in investigations of structuring of transactions to avoid the filing of currency transaction reports and the experience of other law enforcement officers related to the same.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 8TH day of April, 2011.

_____
ALTON H. STORY, JR.
Special Agent
United States Secret Service

8